MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
KENTON GRAVES, SR.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-CR-00071-RFB-BNW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE CHANGE OF PLEA |
| | ) | HEARING |
| KENTON GRAVES, SR., | ) | |
| | ) | |
| | ) | (First Request) |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between KENTON GRAVES, SR., Defendant, by and through his counsel MICHAEL J MICELI, ESQ, and the United States of America, KEVIN SCHIFF, Assistant United States Attorney, that Change of Plea Hearing in the above-captioned matter currently scheduled for March 19, 2020 at the hour of 11:30 a.m., be vacated and continued for two weeks or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to his client and he has no objection to this continuance.

2. Counsel has spoken to AUSA Kevin Schiff and he has no objections to the continuance.

-1-

3. Counsel is needing additional time to go over the Pre Presentence Investigation Report with his client.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the change of plea hearing.

6. This is the first request for a continuance of the change of plea in this case.

DATED this 22nd day of May, 2019.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| MICHAEL J. MICELI, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>KENTON GRAVES SR. | KEVIN SCHIFF, ESQ.<br>ASSISTANT UNITED STATES ATTORNEYS<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-00071-RFB-BNW |
| Plaintiff, | |
| v. | FINDINGS OF FACT AND CONCLUSION OF LAW AND ORDER |
| KENTON GRAVES, SR. | |
| Defendants. | (First Request) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to his client and he has no objection to this continuance.

2. Counsel has spoken to AUSA Kevin Schiff and he has no objections to the continuance.

3. Counsel is needing additional time to go over the Pre Presentence Investigation Report with his client.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the change of plea hearing.

6. This is the first request for a continuance of the change of plea in this case.

## ORDER

**IT IS ORDERED** that the Change of Plea currently scheduled for March 19, 2020 at the hour of 11:30 a.m., be vacated and continued to this __13th__ day of __April__, 2020 at the hour of __11:00__ a̲/p.m. in Courtroom __7C__.

DATED this __16th__ of __March__, 2020.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE