# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
# for
# the District of Nevada

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Kenton Ray Graves**

Case Number: **2:19CR00071**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **May 14, 2020**

Original Offense: **Conspiracy to Distribute a Controlled Substance - Heroin**

Original Sentence: **Time Served, followed by 48 Months TSR.**

Date Supervision Commenced: **May 14, 2020**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance** - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

    Graves submitted a positive drug test on the following dates:
    December 8, 2022 – Opiates
    December 18, 2022 – Methadone

    Graves has failed to appear for drug testing as required on the following dates:
    December 31, 2022

**RE: Kenton Ray Graves**

        January 27, 2022
        February 4, 2022
        February 10, 2022
        February 15, 2022
        February 28, 2022
        March 4, 2022
        May 6, 2022

2. **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

   Graves was enrolled in outpatient substance abuse counseling due to his positive drug tests. Graves has failed to appear for services on the following dates:

   **Group Treatment Appointments:**
   April 25, 2022
   April 28, 2022
   May 2, 2022
   May 9, 2022
   May 12, 2022
   May 19, 2022
   May 23, 2022

   **Individual Appointments**
   May 2, 2022
   May 9, 2022
   May 23, 2022

RE: Kenton Ray Graves

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **May 24, 2022**

Digitally signed by Shawn Mummey
Date: 2022.05.24 15:20:30 -07'00'

Shawn Mummey
Senior United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2022.05.24 15:16:20 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐  No Action.
☐  The issuance of a warrant.
☒  The issuance of a summons.
☐  Other:

_____
RICHARD F. BOULWARE, II
United States District Judge

 June 10, 2022
_____
Date

RE: Kenton Ray Graves

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. KENTON RAY GRAVES, 2:19CR00071

---

### SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
### May 24, 2022

---

On May 14, 2020, Your Honor sentenced Graves to a custody sentence of Time Served followed by 4 years of supervised release.

A home visit conducted in December 2021, revealed that Graves had been using heroin. A follow up drug test later in the month indicated that Graves had also used methadone while not having a valid prescription for the medication.

January 10, 2022, the undersigned was contacted by an officer of the North Las Vegas Police Department who advised that he was dispatched to an overdose scene where Graves was found by family members and unresponsive. Graves was stabilized at the scene and transported to a local hospital where he was later discharged.

Based upon his continued use and inability to stop using controlled substances, Graves was presented with the option to participate in an in-patient treatment program which he was agreeable to. Unfortunately, Graves was physically unable to attend due to a broken foot. As a result, it was recommended that Graves participate in an Intense Out-Patient (IOP) program. This was delayed due to a transportation issue. Graves finally attended his first group session on April 14, 2022. Graves' attendance however has been so sporadic he is nearing an unsuccessful discharge from the program.

Based upon his lack of attendance in treatment and the drug testing procedures, the probation office is recommending a summons be issued and Graves appear before the Court to explain why he is unable to attend treatment as required.

Respectfully submitted,

Digitally signed by Shawn Mummey
Date: 2022.05.24 15:21:26 -07'00'

Shawn Mummey
Senior United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2022.05.24 15:16:38 -07'00'

Joy Gabonia
Supervisory United States Probation Officer